BLANK ROME LLP
*Attorneys for Plaintiff*
William R. Bennett, III (Attorney No. 032171992)
Holli B. Packer (Attorney No. 320312021)
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
William.Bennett@blankrome.com
Holli.Packer@blankrome.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IMTT-Bayonne LLC, | : : : : | **CIVIL ACTION: 2:23-cv-21316** |
| Plaintiff, | : : | **FIRST AMENDED COMPLAINT** |
| v. | : : | |
| STAR SAPPHIRE LTD., *in personam* and the M/V TENACITY VENTURE, No. 9773052, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*, | : : : : : : | |
| Defendants. | : : | |

Plaintiff, IMTT-Bayonne LLC, by and through its attorneys Blank Rome LLP, alleges, on information and belief, against Defendants Star Sapphire Ltd., *in personam,* and the M/V TENACITY VENTURE, *in rem*, as follows:

### PARTIES

1. Plaintiff, IMTT-Bayonne LLC ("IMTT"), is a New Jersey limited liability corporation that owns and operates the IMTT – Bayonne Terminal at 250 East 22nd Street, Bayonne, New Jersey.

2

2. Defendant, Star Sapphire Ltd., ("Star Sapphire") is the registered owner of TENACITY VENTURE and whose address is 24th Floor, Shanghai Industrial Investment Building, 48-62, Hennessy Road, Wan Chai, Hong Kong, China.

3. The Defendant vessel, TENACITY VENTURE (the "Vessel"), is a crude oil tanker with official number 9773052, owned and operated by Star Sapphire.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over the claims in this Complaint pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules Civil Procedure.

5. Venue is proper under 28 U.S.C. § 1391(b)(2) because all of the events giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

6. IMTT is, and was at all times relevant hereto, the owner of Pier A and associated equipment located at 250 East 22nd Street, Bayonne, New Jersey.

7. IMTT's Pier A is located on Upper New York Bay.

8. On Tuesday, December 14, 2021, the Vessel arrived on Pier A at approximately 11:00 p.m. and was properly moored. IMTT personnel assisting with the arrival inspected that the mooring equipment was securely in place before departing the pier at 1:35 a.m. on December 15, 2021.

9. The Vessel began pumping operations on December 15, 2021, while properly moored to Pier A.

10. At approximately 4:05 p.m. on December 15, 2021, the Vessel began shifting while moored to the pier. IMTT personnel immediately called for the Vessel to shutdown pumping operations.

11. As a result of the Vessel's movement, one of the Vessel's spring lines came off the mooring hook at the second bollard on the west side of Pier A. The line came off the mooring hook because the Vessel's lines were slacked.

12. At approximately 4:30 p.m., the Vessel began to shift again and pulled the number 3 loading arm causing it to fall into the number 2 loading arm. At the time, the number 3 loading arm was connected to the Vessel's manifold. Maintenance personnel were called in order to repair the damaged mooring hook but were unable to. While repairs were being attempted the Vessel continued to move alongside the pier due to unsecured bow lines. The Vessel's crew refused to tighten any lines on board.

13. A tugboat was then called to assist in holding the Vessel in place.

14. The Vessel was instructed to have another line sent down to the pier to secure the vessel until the tugboat arrived. At approximately 9:30 p.m., the Vessel secured the spring line.

15. The Vessel began pumping operations after the Vessel was re-secured but when the ship began pumping oil began coming out from the flange and the swivel on the loading arm. Pumping operations were immediately shut down and maintenance personnel were called to repair the leak.

16. Eventually, it was determined by IMTT personnel that the loading arm could not be repaired and should be put out of service. The Vessel was instructed to disconnect. There were continuing issues with the loading arm, but eventually, at approximately 1:00 p.m. on December 16, 2021, the loading arm was secured on the pier and taken out of service.

17. By not properly tending its lines, the Vessel caused significant damage to IMTT's equipment.

18. As a result of the damage, IMTT incurred costs in an amount no less than $334,759.65 to repair its equipment and damages due to loss of use of the loading arm.

19. The Vessel had a duty to continuously handle their lines safely and prudently while moored at IMTT so as not to damage the pier or IMTT's equipment.

20. The Vessel breached that duty by, among other things:

   a. Refusing to tend their lines once the vessel started shifting at berth;

   b. Failing to control the ship as it was moored alongside Pier A;

   c. Failing to properly inspect its lines continuously while moored alongside;

21. As a direct and proximate result of Vessel's negligence, the vessel caused property damage to IMTT's equipment in an amount no less than $334,759.65 and damages due to loss of use of the loading arm.

WHEREFORE, Plaintiff, IMTT-Bayonne LLC, demands judgment in its favor and against Defendant, M/V TENACITY VENTURE, *in rem*, and the Defendant Star Sapphire Ltd., *in personam*, for compensatory damages in an amount no less than $334,759.65, plus loss of use damages, together with interest, costs and all further relief that the Court determines to be appropriate.

Dated: February 20, 2024

        Attorneys for Plaintiff,
        IMTT-Bayonne LLC

        By: /s/ William R. Bennett, III
        William R. Bennett, III (Attorney No. 032171992)
        Holli B. Packer (Attorney No. 320312021)
        BLANK ROME LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 885-5000
        William.Bennett@blankrome.com
        Holli.Packer@blankrome.com

## DECLARATION PER L.C.R. 11.2

I hereby declare under penalty of perjury that, pursuant to Local Civil Rule 11.2, this matter is not the subject of any other action presently pending in any other court or of any pending arbitration or administrative proceeding. At this time, I know of no other parties not named herein that should have been joined in this action.

                        Attorneys for Plaintiff,
                        IMTT-Bayonne LLC

            By:     /s/ William R. Bennett, III
                 William R. Bennett, III

## VERIFICATION

I, William R. Bennett, III, upon solemn oath, hereby state:

1. That I am one of the attorneys for the Plaintiff in the above-captioned case;

2. That I have read the foregoing Amended Complaint and believe the allegations contained therein are true and accurate upon information and belief; and

3. That such belief is based upon my review of documents and other materials concerning the vessel damage to IMTT equipment and concerning subsequent repairs performed by Plaintiff.

            By:    /s/ William R. Bennett, III
                William R. Bennett, III